UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Freddy Flores, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) **Case No. 25-cv-00770** |
| -against- | ) |
| | ) |
| MM Bari Landscaping, Inc. and Michele Mastroserio, | ) |
| | ) |
| Defendant(s). | ) |

## APPEARANCE OF COUNSEL

TO:  The clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear as counsel for the Defendants MM Bari Landscaping, Inc. and Michele Mastroserio.

Dated: March 12, 2025
Huntington, New York

MOSER LAW FIRM, P.C.

*Steven John Moser*

Steven John Moser (SM6628)
133C New York Ave
Huntington, New York 11743
steven.moser@moserlawfirm.com
(631) 824-0200