UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Freddy Flores,, <br><br> Plaintiff(s), <br><br> -against- <br><br> MM Bari Landscaping, Inc. and Michele Mastroserio, <br><br> Defendant(s). | Case No. 25-cv-00770 <br><br> **STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff's Complaint in this action (D.E. No. 1) spells Defendant's name "Michelle Mastroserio" and

WHEREAS, the correct spelling of the defendant's name is "Michele Mastroserio" and

WHEREAS, Michele Mastroserio executed a waiver of service and is to respond to the Complaint on or before May 2, 2025,

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the caption of this action be amended to replace "Michelle Mastroserio" with "Michele Mastroserio" as reflected in this stipulation.

IT IS FURTHER STIPULATED AND AGREED that MM Bari Landscaping, Inc. shall respond to the complaint on or before May 2, 2025.

Dated: 3/12/2025

THE NHG LAW GROUP, P.C.

_____
By: Keith Williams
4242 Merrick Road
Massapequa, NY 11758
keith@nhglaw.com

*Attorneys for Plaintiff*

Dated: 3/13/2025

MOSER LAW FIRM, P.C.

*Steven J. Moser*
_____
By: Steven John Moser
5 East Main Street
Huntington, New York 11743
steven.moser@moserlawfirm.com
(516) 671-1150

*Attorneys for Defendants*

The Clerk is directed to correct the caption and the docket to reflect that the Defendant's correct name is "Michele Mastroserio."

SO ORDERED

_____