UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Freddy Flores,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　-against-<br><br>MM Bari Landscaping, Inc. and Michele Mastroserio,<br><br>　　　　　　　　　　Defendant(s). | Case No. 25-cv-00770<br><br>**STIPULATION** |

WHEREAS, the current date on which the Defendants are to respond to the complaint is May 2, 2025, and

WHEREAS, the Parties are engaging in pre-answer settlement negotiations; now therefore

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties the Defendants shall respond to the complaint on or before June 2, 2025.

Dated:                                                                                Dated:

The NHG Law Group, P.C.                                             MOSER LAW FIRM, P.C.

*/s/ Keith Williams*                                                         */s/ Steven Moser*
　　　　　　　　　　　　　　　　　　　　　　　　　ID dnwMMxx5QUpuV31LmKNnGYmH
By: Keith Williams                                                         By: Steven John Moser
4242 Merrick Road                                                        133C New York Ave
Massapequa, NY  11758                                               Huntington, New York 11743
keith@nhglaw.com                                                        steven.moser@moserlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　(516) 671-1150
*Attorneys for Plaintiff*                                                 *Attorneys for Defendants*


SO ORDERED

_____

## eSignature Details

**Signer ID:**        **dnwMMxx5QUpuV31LmKNnGYmH**
Signed by:            Steven Moser
Sent to email:        steven.moser@moserlawfirm.com
IP Address:           68.192.105.174
Signed at:            May 2 2025, 1:32 pm EDT