

4242 Merrick Road, Massapequa, New York 11758

| Attorneys | Paralegals |
|---|---|
| Justin M. Reilly, Esq. | Rosa Coscia |
| Keith E. Williams, Esq. | Catalina Roman |

**Via: EDNY ECF**  August 13, 2025

Hon. Judge Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Flores v. MM Bari Landscaping Inc., et al.*; 2:25-cv-00770-NJC-ARL

Dear Hon. Judge Lindsay,

I represent Plaintiff, Freddy Flores, in the above-referenced case. I write jointly with defense counsel. Pursuant to Your Honor's May 22, 2025 FLSA Scheduling Order, the Parties respectfully request a referral to the Court's ADR Mediation Program with a deadline of October 31, 2025.

We thank the Court for its time and attention to this request.

Respectfully submitted,

Keith E. Williams, Esq.