

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: ECF**                                                                                         **August 14, 2025**

Alternative Dispute Resolution Program
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Tel: 718.613.2578

**Re:**  *Flores v. MM Bari Landscaping Inc. et al*; 2:25-cv-00770-NJC-ARL

Dear ADR Office,

My office represents Plaintiff(s) in the above-referenced action. Please allow this correspondence to confirm the Parties' selection of a mediator and the scheduling of the first mediation session.

The Parties have selected Michael McKenna as the mediator. We are scheduled to attend mediation remotely on 09/15/2025 at 10:00 a.m.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/

Keith E. Williams, Esq.

cc: all counsel of record via ECF.

PHONE: 516.228.5100    FAX: 516.228.5106    INFO@NHGLAW.COM
WWW.NHGLAW.COM    WWW.NEWYORKOVERTIMELAW.COM