**FREDDY FLORES**
**ESTIMATED CALCULATION OF DAMAGES**
**FOR SETTLEMENT PURPOSES ONLY**

### OVERTIME COMPENSATION OWED

| Year | Period Start Date | Period End Date | Weeks Worked (WW) | Hours Worked Per Week (HW) | Overtime Hours (OTH) (HW - 40 Hrs) | Weekly Renumeration (WR) | Regular Rate (RR) (WR / HW) | Overtime Rate (OTR) (RR x 1.5) | Half-Time Rate (HTR) (OTR - RR) | Overtime Owed Per Week (OTOW) (OTH x HTR) | Total Overtime Comp Owed (OTOW x WW) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 03/10/2019 | 03/16/2019 | 1.00 | 47.50 | 7.50 | $ 750.00 | $ 15.79 | $ 23.69 | $ 7.90 | $ 59.25 | $ 59.25 |
| | 03/17/2019 | 12/14/2019 | 39.00 | 57.00 | 17.00 | $ 900.00 | $ 15.79 | $ 23.69 | $ 7.90 | $ 134.30 | $ 5,237.70 |
| | | | | | | | | | | 2019 Overtime Compensation Owed: | $ 5,296.95 |
| 2020 | 03/01/2020 | 12/12/2020 | 41.00 | 57.00 | 17.00 | $ 960.00 | $ 16.84 | $ 25.26 | $ 8.42 | $ 143.14 | $ 5,868.74 |
| | | | | | | | | | | 2020 Overtime Compensation Owed: | $ 5,868.74 |
| 2021 | 02/28/2021 | 12/11/2021 | 41.00 | 57.00 | 17.00 | $ 960.00 | $ 16.84 | $ 25.26 | $ 8.42 | $ 143.14 | $ 5,868.74 |
| | | | | | | | | | | 2021 Overtime Compensation Owed: | $ 5,868.74 |
| 2022 | 02/27/2022 | 12/10/2022 | 41.00 | 57.00 | 17.00 | $ 1,200.00 | $ 21.05 | $ 31.58 | $ 10.53 | $ 179.01 | $ 7,339.41 |
| | | | | | | | | | | 2022 Overtime Compensation Owed: | $ 7,339.41 |
| 2023 | 03/05/2023 | 12/16/2023 | 41.00 | 57.00 | 17.00 | $ 1,200.00 | $ 21.05 | $ 31.58 | $ 10.53 | $ 179.01 | $ 7,339.41 |
| | | | | | | | | | | 2023 Overtime Compensation Owed: | $ 7,339.41 |
| 2024 | 03/03/2024 | 11/16/2024 | 37.00 | 57.00 | 17.00 | $ 1,200.00 | $ 21.05 | $ 31.58 | $ 10.53 | $ 179.01 | $ 6,623.37 |
| | | | | | | | | | | 2024 Overtime Compensation Owed: | $ 6,623.37 |
| | | | | | | | | | | **TOTAL OVERTIME COMPENSATION OWED:** | **$ 38,336.62** |

### NYLL 195(1) WAGE NOTICE STATUTORY PENALTIES

| Year | Period Start Date | Period End Date | Number of Weeks in Period | Number of Days Worked in Period | Total Number of Work Days (Weeks x Days) | Statutory Penalties ($50.00 x Work Days) |
|---|---|---|---|---|---|---|
| 2019 | 03/10/2019 | 03/16/2019 | 1.00 | 5.00 | 5.00 | $ 250.00 |
| | 03/17/2019 | 12/14/2019 | 39.00 | 6.00 | 234.00 | $ 11,700.00 |
| 2020 | 03/01/2020 | 12/12/2020 | 41.00 | 6.00 | 246.00 | $ 12,300.00 |
| 2021 | 02/28/2021 | 12/11/2021 | 41.00 | 6.00 | 246.00 | $ 12,300.00 |
| 2022 | 02/27/2022 | 12/10/2022 | 41.00 | 6.00 | 246.00 | $ 12,300.00 |
| 2023 | 03/05/2023 | 12/16/2023 | 41.00 | 6.00 | 246.00 | $ 12,300.00 |
| 2024 | 03/03/2024 | 11/16/2024 | 37.00 | 6.00 | 222.00 | $ 11,100.00 |
| | | | **TOTAL NYLL 195(1) PENALTIES ($5,000 Statutory Maximum):** | | | **$ 5,000.00** |

### NYLL 195(3) WAGE STATEMENT STATUTORY DAMAGES

| Year | Period Start Date | Period End Date | Number of Weeks in Period | Number of Days Worked in Period | Total Number of Work Days (Weeks x Days) | Statutory Penalties ($250.00 x Work Days) |
|---|---|---|---|---|---|---|
| 2019 | 03/10/2019 | 03/16/2019 | 1.00 | 5.00 | 5.00 | $ 1,250.00 |
| | 03/17/2019 | 12/14/2019 | 39.00 | 6.00 | 234.00 | $ 58,500.00 |
| 2020 | 03/01/2020 | 12/12/2020 | 41.00 | 6.00 | 246.00 | $ 61,500.00 |
| 2021 | 02/28/2021 | 12/11/2021 | 41.00 | 6.00 | 246.00 | $ 61,500.00 |
| 2022 | 02/27/2022 | 12/10/2022 | 41.00 | 6.00 | 246.00 | $ 61,500.00 |
| 2023 | 03/05/2023 | 12/16/2023 | 41.00 | 6.00 | 246.00 | $ 61,500.00 |
| 2024 | 03/03/2024 | 11/16/2024 | 37.00 | 6.00 | 222.00 | $ 55,500.00 |
| | | | **TOTAL NYLL 195(3) PENALTIES ($5,000 Statutory Maximum):** | | | **$ 5,000.00** |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

| FREDDY FLORES |
|---|
| **ESTIMATED CALCULATION OF DAMAGES** |
| **FOR SETTLEMENT PURPOSES ONLY** |

| INTEREST | | | | | | |
|---|---|---|---|---|---|---|
| **Claims Period Start** | **Claims Period End** | **Approximate Mid-Point** | **Years From Mid-Point to 4/29/2025** | **Annual Interest Rate (AIR)** | **Comp Owed (CO)** | **Total Interest Owed** (Years x AIR x CO) |
| 03/10/2019 | 11/16/2024 | 01/12/2022 | 3.30 | 0.09 | $ 38,336.62 | $ 11,371.80 |
| | | | | **TOTAL INTEREST OWED TO DATE:** | | **$ 11,371.80** |

| LIQUIDATED DAMAGES | | | |
|---|---|---|---|
| **Year** | **Comp Owed** | **LD %** | **LD Per Year** |
| 2019 | $ 5,296.95 | 100% | $ 5,296.95 |
| 2020 | $ 5,868.74 | 100% | $ 5,868.74 |
| 2021 | $ 5,868.74 | 100% | $ 5,868.74 |
| 2022 | $ 7,339.41 | 100% | $ 7,339.41 |
| 2023 | $ 7,339.41 | 100% | $ 7,339.41 |
| 2024 | $ 6,623.37 | 100% | $ 6,623.37 |
| **TOTAL NYLL LIQUIDATED DAMAGES:** | | | **$ 38,336.62** |

| ESTIMATED TOTAL | |
|---|---|
| Total Overtime Compensation Owed: | $ 38,336.62 |
| Total Wage Notice Penalties: | $ 5,000.00 |
| Total Wage Statement Penalties: | $ 5,000.00 |
| Total Interest Owed: | $ 11,371.80 |
| Total Liquidated Damages Owed: | $ 38,336.62 |
| ***ESTIMATED TOTAL:** | **$ 98,045.04** |
| *Plus reasonable attorneys' fees and costs | |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**