**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X
FREDDY FLORES,                                                    2:25-cv-00770-NJC-ARL

                Plaintiff,                                 **STIPULATION OF DISMISSAL**
                                                                                       **WITH PREJUDICE**

    -against-

MM BARI LANDSCAPING INC. and
MICHELE MASTROSERIO,

                Defendants.
-------------------------------------------------X

        **IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs or fees to either party;

Dated: Massapequa, New York                    Dated: Huntington, New York
         October 24, 2025                                         October 24, 2025

The NHG Law Group, P.C.                             Moser Law Firm, P.C.

_____                      _____
By: Keith E. Williams, Esq.                               By: Steven John Moser, Esq.
*Attorneys for Plaintiff*                                        *Attorney for Defendants*
4242 Merrick Road                                         5 East Main Street
Massapequa, New York 11758                     Huntington, NY 11743
Tel: 516.228.5100                                            Tel: 516.671.1150
keith@nhglaw.com                                          smoser@moseremploymentlaw.com


**SO, ORDERED:**

_____