

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COLLINS |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: EDNY ECF**                                                                                          November 25, 2025

Hon. Judge Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**   *Flores v. MM Bari Landscaping Inc., et al.*; 2:25-cv-00770-NJC-ARL

Dear Hon. Judge Lindsay,

My office represents Plaintiff, Freddy Flores ("Plaintiff"), in the above-referenced Fair Labor Standards Act ("FLSA") action. Pursuant to Your Honor's Order, dated October 30, 2025, please find a copy of the engagement letter between Plaintiff and my firm. A standard English version is attached as well for the Court's convenience.

We thank the Court for its time and attention to this matter.

                                                                  Respectfully submitted,

                                                                  Keith E. Williams, Esq.

Attachments: as stated.
cc: all counsel of record via ECF