

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN

**CONFIDENTIAL AND PRIVILEGED**

**November 22, 2024**

Freddy R. Flores
52 Elmont Road, 2nd Floor
Elmont, New York 11003

Re:   **Carta de compromiso**

Estimado Sr.

Nos complace que haya elegido a NHG Law Group (la "Empresa") para manejar el asunto descrito en este documento. Este acuerdo establece los términos bajo los cuales la Firma lo representará en una demanda que involucre a su antiguo empleador que, según la ley, puede incluir a las siguientes entidades y/o individuos: **MM Bari Landscaping, Inc. And Michael Mastroserio** (colectivamente, el "Empleador"). Usted reconoce que ha solicitado que lo representemos únicamente en relación con la recuperación de salarios impagos relacionados con su empleo con el Empleador (el "Asunto").

Preferiríamos confirmar los términos de nuestro compromiso mediante un método menos formal que una declaración escrita como esta, en ciertos casos, la ley requiere que la Firma conmemore los términos de nuestro compromiso por escrito. Tenga en cuenta que esta carta reemplaza cualquier acuerdo oral o escrito anterior con respecto a este asunto. Debe tener una comprensión clara de los servicios legales que proporcionaremos. Por favor, llame nuestra atención inmediata sobre cualquier pregunta que tenga sobre el alcance de nuestros servicios.

**ALCANCE DE LOS SERVICIOS**

Específicamente, usted ha pedido a nuestra Firma que inicie una demanda para recuperar daños monetarios del Empleador en base a la supuesta falta de pago de salarios entre usted y el Empleador y en base a la posible violación del Empleador del salario federal y/o estatal. y leyes de horas y posible incumplimiento de su contrato de trabajo.

Nuestra Firma evaluará su caso cuando corresponda: (1) realizará todas las investigaciones legales; (2) asesorarlo y asesorarlo de manera regular con respecto a todos los asuntos y problemas relevantes y materiales; (3) buscar evidencia, información y descubrimiento; (4) hacer esfuerzos para participar en negociaciones y discusiones con representantes del Empleador; (5) participar en la mediación o arbitraje

voluntario de la disputa; (6) entablar una demanda por daños y perjuicios y juzgar el caso en el lugar apropiado; y (7) brindar otros servicios legales que consideremos razonablemente necesarios para promover y proteger sus intereses. Tenga en cuenta que nuestra Firma puede negarse a emprender cualquiera de estas acciones, a nuestro exclusivo y absoluto criterio, siempre que nuestra oficina siga cumpliendo con las Normas éticas que rigen nuestra conducta profesional.

El enjuiciamiento o la defensa de una apelación de una sentencia definitiva no está incluida en esta carta de compromiso y requerirá un acuerdo de honorarios por separado antes de que nuestra oficina deba prestar dichos servicios. Del mismo modo, si se hace necesaria una acción legal separada o la defensa de una reconvención como parte de cualquier litigio de este caso, nuestra oficina tendrá derecho a determinar si le proporcionará representación legal en cualquier caso separado o defensa de una reconvención de conformidad con una carta de compromiso separada que se acordará en ese momento.

También reconoce que nuestra oficina lo representa ÚNICAMENTE en relación con sus reclamos salariales y no en relación con ningún otro asunto o disputa que pueda tener con el Empleador, incluidos los reclamos por despido injustificado, discriminación, acoso u otros.

## CUOTA DE CONTINGENCIA

Usted acepta pagar a nuestra oficina una tarifa de contingencia como compensación por representarlo en esta demanda. Esta tarifa de contingencia se calcula contra cualquier recuperación que pueda recibir en relación con la demanda a través de un acuerdo, sentencia, pago anticipado o de otro modo, ya sea que resuelva o no la totalidad o parte de su(s) reclamo(s). A menos que haya una recuperación, usted no será responsable ante nuestra oficina de ninguna tarifa.

Usted acepta que la compensación de contingencia razonable de la Firma será un tercio (1/3) de cualquier recuperación, y será pagada a nuestra inmediatamente después del pago de todas y cada una de las recuperaciones. "Recuperación" significará el valor total de cualquier y todo efectivo y no efectivo recuperado antes de cualquier deducción. Todos los costos y honorarios de abogados otorgados a una parte contraria en su contra se pagarán con cargo a su Recuperación neta y no se incluirán en el monto de su Recuperación bruta al calcular el monto de la tarifa de contingencia en virtud de este Acuerdo. También reconoce que nuestra oficina tiene derecho a buscar sumas adicionales como honorarios de abogados de otras partes además de su contingencia. Usted comprende que no tendrá derecho a ningún premio de honorarios de este tipo, incluso si el premio supera un tercio (1/3) de su recuperación. Sin embargo, cualquier dinero recibido de las "otras partes" se acreditará contra la compensación de contingencia de un tercio (1/3).

## REEMBOLSO DE GASTOS

Usted comprende que nuestra oficina puede tener que pagar ciertos costos para poder representarlo adecuadamente. Dichos gastos incluyen, pero no se limitan a, honorarios de presentación, honorarios de testigos o expertos, declaraciones y transcripciones judiciales, servicios de mensajería, correo urgente, viajes, tiempo extra de secretaría o de oficina, cualquiera o todos los cuales pueden ser requeridos por las circunstancias. Usted autoriza a nuestra oficina a incurrir en dichos costos y gastos ya realizar los desembolsos necesarios en consecuencia. Si hay una recuperación, y la Empresa no puede obtener una adjudicación separada por esos gastos del Empleador, usted acepta reembolsar a la Empresa de su parte prorrateada de dichos costos y gastos de cualquier recuperación neta después de la tarifa de contingencia de la Empresa. se calcula y se deduce.

Nuestra oficina reconoce que los clientes están preocupados por los gastos reembolsables y tomamos en serio nuestra obligación de controlar estos costos.

## TERMINACIÓN DE SERVICIOS

Usted puede terminar su relación con nuestra oficina en cualquier momento que lo desee, por cualquier motivo. Nuestra oficina también tiene derecho a retirarse como su abogado en cualquier momento y por cualquier motivo, pero solo después de darle un aviso razonable. Además, cualquier desistimiento por parte de nuestra oficina está sujeto a las restricciones éticas impuestas por las Normas Éticas aplicables que rigen nuestra conducta profesional.
En caso de que surja una disputa entre usted y nuestra oficina en relación con nuestros honorarios por el trabajo realizado en su nombre, es posible que tenga derecho a solicitar el arbitraje de la disputa de conformidad con la Parte 137 de las Reglas del Administrador Principal de los Tribunales, una copia de la cual se le proporcionará a usted a petición. Tras la notificación de que disputa el monto de la tarifa, la Firma le enviará los documentos necesarios para que pueda comenzar el proceso de arbitraje.

## DEVOLUCIÓN DE EXPEDIENTES

Una vez concluida la representación de su caso por parte de nuestra oficina, puede solicitar copias de sus archivos, por lo que podemos cobrarle el costo real de cualquier tarifa de transporte aplicable y otros costos por tiempo y gastos, sujeto a las Reglas de Ética. Mantendremos todos los registros relacionados con la recepción, el mantenimiento y la distribución de los fondos de los clientes durante seis años a partir de la fecha de esta carta. El resto de su expediente será conservado por nuestra oficina durante el plazo de un año y al final de dicho plazo la Firma tendrá derecho a destruirlo.

## RESPONSABILIDADES DEL ABOGADO Y EL CLIENTE

Nuestra oficina enfatiza que solo le brindará servicios legales en relación con este compromiso. Usted no está confiando en nuestra oficina para, y no está brindando, ningún asesoramiento comercial, de seguros, fiscal o contable ni ninguna investigación del carácter o crédito de las personas con las que puede estar tratando. Además, en el caso de una recuperación, deberá buscar el asesoramiento de su propio asesor fiscal, ya que nuestra oficina no puede brindarle asesoramiento fiscal.
Para que nuestra oficina pueda asistirlo de manera efectiva y eficiente, creemos que usted debe participar activamente. La Firma lo mantendrá informado sobre los desarrollos relacionados con sus asuntos legales y consultará con usted según sea necesario para garantizar la finalización oportuna, efectiva y eficiente de su trabajo. Esperamos que nos brinde la información fáctica que tiene y que se relaciona con el tema de nuestro compromiso, que sea honesto y veraz con nosotros, y que tome todas las decisiones comerciales o técnicas apropiadas. Además, nuestra oficina lo alienta a compartir con nosotros, en todo momento, sus expectativas y cualquier inquietud con respecto a los servicios de la Firma a lo largo de nuestra representación.

## SIN GARANTÍA

La oficina, en todo momento, actuará en su nombre lo mejor que pueda. Tenga en cuenta que cualquier expresión de nuestra parte con respecto al resultado de cualquier asunto es expresión de nuestro mejor juicio profesional; sin embargo, no son garantías. Usted reconoce que no se le han garantizado resultados y que esta carta de compromiso no se basa en tales promesas o resultados anticipados.

**DESCONTINUACIÓN VOLUNTARIA DE LA DEMANDA POR SU PARTE**

En el caso de que le indique a nuestra oficina que descontinúe su demanda después de que haya comenzado, usted acepta que será personalmente responsable de la mayor tarifa de la oficina en función de sus tarifas por hora habituales o un tercio de cualquier cantidad que reciba. del Empleador en la liquidación de sus reclamos.

**EN CONCLUSIÓN**

La Firma le solicita que revise cuidadosamente esta carta de compromiso. Al colocar su firma a continuación, reconoce y acepta que esta carta es consistente con su comprensión de nuestras respectivas responsabilidades. Devuelva la copia firmada de esta carta a la empresa lo antes posible. Esperamos con interés trabajar con usted. No dude en llamar a la Firma si tiene alguna pregunta sobre cualquier cosa descrita en este acuerdo o cualquier otro aspecto de nuestro compromiso.

NHG Law Group

By: Justin M. Reilly, Esq.

Freddy R. Flores