

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COLLINS |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

<u>**CONFIDENTIAL AND PRIVILEGED**</u>

**Via: Electronic Delivery**                                              {{general|current_date_long}}

{{contact|863675}} {{contact|full_name}}
{{contact|address.street}}
{{contact|address.city}}, {{contact|address.state}} {{contact|address.zip_code}}

**Re:**     <u>Engagement Letter</u>

Dear {{contact|863675}} {{contact|last_name}}:

      We are glad that you have selected THE NHG LAW GROUP, P.C. (the **"Firm"**) to handle the matter described in this letter. This agreement sets forth the terms under which the Firm will represent you in a controversy involving your former employer which, under the law, may include the following: **{{case|843063}}**, and/or any other related individuals or entities (collectively, the "Employer"). You acknowledge that you have requested that we represent you <u>solely</u> in connection with the recovery of unpaid wages relating to your employment with the Employer (the "Matter").

      While we would prefer to confirm the terms of our engagement by a less formal method than a written statement such as this, in certain instances the Firm is required by law or Firm policy to memorialize the terms of our engagement in writing. Please be advised that this letter supersedes any earlier oral or written agreements concerning this matter. You should have a clear understanding of the legal services we will provide. We encourage you to bring to our immediate attention any questions that you have about the scope of our services on your behalf.

**SCOPE OF SERVICES**

      Specifically, you have asked the Firm to institute litigation or negotiate a settlement seeking to recover money damages from the Employer based upon alleged non-payment of wages between you and the Employer and based upon the Employer's possible violation of the federal and/or state wage and hour laws and possible breach of your employment agreement.

      The Firm will evaluate your case and the Firm will, where appropriate: (1) conduct all legal research; (2) advise and counsel you on a regular basis concerning all relevant and material matters and issues; (3) pursue evidence, information, and discovery; (4) make efforts to participate in negotiations and discussions with representatives of the Employer; (5) participate in voluntary

mediation or arbitration of the dispute; (6) prosecute a lawsuit for damages and try the case in the proper venue; and (7) provide other legal services as we deem reasonably necessary to advance and protect your interests. Please be advised that the Firm may decline to pursue any of these actions, in our sole and absolute discretion, so long as the Firm remains in compliance with the Ethical Rules that govern our professional conduct.

The prosecution or defense of an appeal from a final judgment is not included in this engagement letter and shall require a separate fee arrangement before the Firm is required to perform any such services. Similarly, if a separate legal action or defense of a counterclaim becomes necessary as part of any litigation of the Matter, the Firm will have the right to determine whether to provide you with legal representation in any such separate case or defense of a counterclaim pursuant to a separate engagement letter to be agreed upon at that time.

You also acknowledge that the Firm is representing you SOLELY in connection with your wage claims and not in connection with any other matter or dispute that you may have with the Employer, including any claims for wrongful termination, discrimination, harassment, or otherwise.

**CONTINGENCY FEE**

You agree to pay the Firm a contingency fee as compensation for representing you in the Matter. This contingency fee is calculated against any recovery you may receive in connection with the Matter by way of settlement, judgment, prepayment, or otherwise, whether or not you resolve all or any portion of your claim(s). Unless there is a recovery, you shall not be liable to the Firm for any fees.

You agree that the Firm's reasonable contingency compensation shall be one-third (1/3) of any gross recovery and shall be payable to the Firm immediately upon payment of each and every recovery. "Gross Recovery" shall mean the total value of any and all cash and non-cash recovered before any deductions. Any costs and attorney fees awarded to an opposing party against you will be paid out of your Net Recovery and will not be included in the amount of your Gross Recovery when computing the amount of the contingency fee under this Agreement.

You also acknowledge that the Firm is entitled to seek additional sums as attorneys' fees from other parties other than yourself in addition to its contingency. You understand that you will have no entitlement to any such fee award even if the award exceeds one-third (1/3) of your Gross Recovery. However, any monies received from the "other parties" will be credited against the one-third (1/3) contingency compensation.

**REIMBURSEMENT OF COSTS**

You understand that the Firm may have to pay certain costs in order to properly represent you. Such expenses include, but are not limited to, filing fees, witness or expert fees, depositions and court transcripts, messenger services, express mail, travel, extraordinary secretarial or clerical time, any or all of which may be required by the circumstances. You authorize the Firm to incur those costs and expenses and to make any necessary disbursements therefore. If there is a recovery, and the Firm is unable to obtain a separate award for those expenses from the Employer, you agree

to repay the Firm from your pro rata portion of such costs and expenses from any <u>net</u> recovery to you after the Firm's contingency fee is calculated and deducted.

The Firm recognizes that clients are concerned about reimbursable expenses and we take seriously our obligation to control these costs.

**TERMINATION OF SERVICES**

You may terminate your relationship with the Firm at any time you wish, for any reason whatsoever. The Firm also has the right to withdraw as your attorney at any time and for any reason whatsoever, but only after giving reasonable notice to you. In addition, any such withdrawal by the Firm is subject to the ethical restrictions imposed by the applicable Ethical Rules that govern our professional conduct.

In the event that a dispute arises between you and the Firm relating to our fees for work performed on your behalf, you may have the right to seek arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request. Upon notification that you dispute the fee amount, the Firm will forward you the necessary documents for you to commence the arbitration process.

**RETURN OF FILES**

After the Firm's representation of your case is concluded, you may request copies of your files, for which we may charge you the actual cost of any applicable transportation fees and other costs for time and expenses, subject to the Rules of Ethics. We will maintain all records concerning the receipt, maintenance, and distribution of client funds for six years from the date of this letter. The rest of your file will be kept by the Firm for a period of one year and at the end of that period the Firm shall have the right to destroy it.

**RESPONSIBILITIES OF ATTORNEY AND CLIENT**

The Firm emphasizes that it will only be providing legal services to you in connection with this engagement. <u>You are not relying on the Firm for, and it is not providing, any business, insurance, tax, or accounting advice or any investigation of the character or credit of persons with whom you may be dealing. Furthermore, in the event of a recovery, you will need to seek the advice of your own tax counsel, as our Firm cannot provide tax advice for you.</u>

In order for the Firm to effectively and efficiently assist you, we believe that you should be actively involved. The Firm will keep you informed of developments regarding your legal matters and will consult with you as necessary to ensure the timely, effective, and efficient completion of its work. We expect that you will provide us with the factual information that you have which relates to the subject matter of our engagement, that you will be honest and truthful with us, and that you will make any and all appropriate business or technical decisions. In addition, the Firm encourages you to share with us, at all times, your expectations and any concerns regarding the Firm's services throughout the course of our representation.

**NO GUARANTEE**

The Firm will, at all times, act on your behalf to the best of its ability. Please be advised that any expressions on our part concerning the outcome of any matters are expressions of our best professional judgment; however, they are not guarantees. You recognize that no results have been guaranteed to you and that this engagement letter is not based upon any such promises or anticipated results.

**VOLUNTARY DISCONTINUANCE OF THE LAWSUIT BY YOU**

In the event that you instruct the Firm to discontinue your lawsuit after it has been commenced, you agree that you will be held personally responsible for the greater of the Firm's fee based upon its customary hourly rates or one-third of any amount that you receive from the Employer in settlement of your claims.

**IN CONCLUSION**

The Firm requests that you review this letter of engagement carefully. By affixing your signature below, you acknowledge and agree that this letter is consistent with your understanding of our respective responsibilities. Please return the signed copy of this letter to the Firm at your earliest convenience. We look forward to working with you. Please do not hesitate to call the Firm if you have any questions concerning anything outlined in this agreement or any other aspect of our engagement.

THE NHG LAW GROUP, P.C.

_____
By: {{firm_user|full_name}}, Esq.

**ACKNOWLEDGED AND AGREED:**

I have read the foregoing letter, and I understand it. I acknowledge that I have had the opportunity to consult with counsel of my choice (other than the Firm), and I acknowledge that I have either done so or decided not to do so even though the Firm has encouraged me to consult with counsel of my choice.

Dated:

_____
{{contact|full_name}}