UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE: ARLENE R. LINDSAY**          **DATE: 12/2/2025**
United States Magistrate Judge
                                        **TIME: 11:30 AM**

**DOCKET NO:** 25-cv-770 (NJC)

**CASE:** Flores v. MM Bari Landscaping Inc. et al

\_\_\_\_  INITIAL CONFERENCE
\_\_\_\_  STATUS CONFERENCE
\_\_\_\_  SCHEDULING CONFERENCE                    BY TELEPHONE\_\_\_\_
\_\_\_\_  SETTLEMENT CONFERENCE
\_\_\_\_  FINAL CONFERENCE
  X    FAIRNESS HEARING

APPEARANCES:

   FOR PLAINTIFF:            FOR DEFENDANTS:
   Victoria Spagnolo          Steven John Moser

**The following rulings were made:**
As set forth on the record, section 12 of the agreement is stricken. Having reviewed the terms of the parties' proposed settlement agreement, as modified, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Clerk of Court is respectfully directed to mark this matter closed.

SO ORDERED:
_____/s/_____